# EXHIBIT C



{YB:00041149.DOCX}